McGREGOR W. SCOTT
United States Attorney
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0248 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS THE |
| ) | INDICTMENT AS TO DEFENDANT MANUEL |
| v. ) | CADENA AND [~~PROPOSED~~] ORDER |
| ) | |
| MARIO DIAZ, et al., ) | |
| ) | |
| ) | |
| _____ ) | |

The United States of America, through its attorneys of record, Assistant U.S. Attorneys Jason Hitt and William S. Wong, hereby moves for an order dismissing the indictment against defendant Manuel CADENA pursuant to Federal Rule of Criminal Procedure 48(a).

Background

On July 11, 2007, a Sacramento federal Grand Jury returned a superseding indictment against defendant Manuel CADENA along with others in a large-scale conspiracy to distribute and possess with intent to distribute marijuana, heroin, at least 5 kilograms of cocaine, and at least 50 grams of methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1) and 846, Case No. CR-S-07-0248

1  WBS.

2      <u>Defendant Manuel CADENA</u>

3      Based upon the government's ongoing investigation and the impact
4  of the Court's severance rulings on July 15, 2008, the undersigned
5  hereby moves to dismiss without prejudice the sole count (Count One)
6  against Manuel CADENA in Case No. CR-S-07-0248 WBS in the interests
7  of justice pursuant to Rule 48(a).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

12 DATED: August 5, 2008        By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that Count One of the Superseding Indictment in Case No. CR-S-07-0248 WBS, as against defendant Manuel CADENA only, is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED:  August 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE